UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

ARTURO GARCIA-GOMEZ,

                Defendant.

CASE NO. MJ25-405

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with illegal reentry or a removed alien. The Court received no verified information about Defendant's residence, employment, health or financial status. Defendant has been charged several times in the state courts over the last 10 months or so. A recurring pattern is Defendant's apparent disregard of judicial actions. He initially was removed from the county in 2018 after a criminal proceeding in the Southern District of California but nonetheless returned to the country. No contact orders were issued by the state courts and it appears he violated the orders on at least two occasions. Defendant has no strong ties to this district and suggested a release plan to California. The Court finds Defendant's willingness to

DETENTION ORDER - 1

violate protection orders, and the fact he faces felony charges in this Court support a finding that he poses a serious risk to flee.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 1st day of August, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2